754 A.2d 1151

IN THE MATTER OF IRA B. MARSHALL,
AN ATTORNEY AT LAW.

July 19, 2000.

## ORDER

The Disciplinary Review Board having filed with the Court its decision concluding that **IRA B. MARSHALL** of **MATAWAN**, who was admitted to the bar of this State in 1969, should be suspended from the practice of law for a period of one year for violating *RPC* 3.3(a)(4) and (5) (offering evidence a lawyer knows to be false; failure to disclose to a tribunal a material fact with knowledge that the tribunal may tend to be misled by such failure); *RPC* 3.4(a) (obstructing another party's access to evidence or concealing a document having potential evidence or concealing a document having potential evidentiary value, or counseling or assisting another person to do any such act); *RPC* 4.1(a)(1) and (2) (making a false statement of material fact or law to a third person; failure to disclose a material fact to a third person; failure to disclose a material fact to a third person when

disclosure is necessary to avoid assisting a criminal or fraudulent act by a client); *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit, or misrepresentation) and *RPC* 8.4(d) (conduct prejudicial to the administration of justice); and good cause appearing;

It is ORDERED that **IRA B. MARSHALL** is suspended from the practice of law for a period of one year and until the further Order of the Court, effective August 11, 2000; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.